# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Broadcast Music, Inc.; Paul Simon Music; Universal-Song of Polygram Intl, Inc.; Gibb Brothers Music; Crompton Songs; Songs of Universal, Inc.; Screen Gems-Emi Music, Inc.; Rondor Music Intl. Inc <br> *Plaintiff(s)* <br> v. <br> Five-Star Restaurants LLC d/b/a Zefferino; Five Star Enterprises LLC d/b/a Zefferino; David Williamson; Vincent Scotto; Antonio Crimani; Gennaro Scotto; IDA Scotto; and Victor Scotto <br> *Defendant(s)* | Civil Action No. 2:16-CV-02361 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Five-Star Restaurants LLC d/b/a Zefferino

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert W. Hernquist, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

October 11, 2016
DATE

Civil Action No. 2:16-CV-02361

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Broadcast Music, Inc.; Paul Simon Music; Universal-Song of Polygram Intl, Inc.; Gibb Brothers Music; Crompton Songs; Songs of Universal, Inc.; Screen Gems-Emi Music, Inc.; Rondor Music Intl. Inc<br>*Plaintiff(s)*<br>v.<br>Five-Star Restaurants LLC d/b/a Zefferino; Five Star Enterprises LLC d/b/a Zefferino; David Williamson; Vincent Scotto; Antonio Crimani; Gennaro Scotto; IDA Scotto; and Victor Scotto<br>*Defendant(s)* | Civil Action No. 2:16-CV-02361 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Five Star Enterprises LLC d/b/a Zefferino

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert W. Hernquist, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

October 11, 2016
DATE

Civil Action No. 2:16-CV-02361

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Broadcast Music, Inc.; Paul Simon Music; Universal-Song of Polygram Intl, Inc.; Gibb Brothers Music; Crompton Songs; Songs of Universal, Inc.; Screen Gems-Emi Music, Inc.; Rondor Music Intl. Inc <br> *Plaintiff(s)* <br> v. <br> Five-Star Restaurants LLC d/b/a Zefferino; Five Star Enterprises LLC d/b/a Zefferino; David Williamson; Vincent Scotto; Antonio Crimani; Gennaro Scotto; IDA Scotto; and Victor Scotto <br> *Defendant(s)* | Civil Action No. 2:16-CV-02361 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* David Williamson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert W. Hernquist, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

October 11, 2016

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

DATE

Civil Action No. 2:16-CV-02361

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Broadcast Music, Inc.; Paul Simon Music; Universal-Song of Polygram Intl, Inc.; Gibb Brothers Music; Crompton Songs; Songs of Universal, Inc.; Screen Gems-Emi Music, Inc.; Rondor Music Intl. Inc <br> *Plaintiff(s)* <br> v. <br> Five-Star Restaurants LLC d/b/a Zefferino; Five Star Enterprises LLC d/b/a Zefferino; David Williamson; Vincent Scotto; Antonio Crimani; Gennaro Scotto; IDA Scotto; and Victor Scotto <br> *Defendant(s)* | Civil Action No. 2:16-CV-02361 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Vincent Scotto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert W. Hernquist, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

October 11, 2016
DATE

Civil Action No. 2:16-CV-02361

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Broadcast Music, Inc.; Paul Simon Music; Universal-Song of Polygram Intl, Inc.; Gibb Brothers Music; Crompton Songs; Songs of Universal, Inc.; Screen Gems-Emi Music, Inc.; Rondor Music Intl. Inc <br> *Plaintiff(s)* <br> v. <br> Five-Star Restaurants LLC d/b/a Zefferino; Five Star Enterprises LLC d/b/a Zefferino; David Williamson; Vincent Scotto; Antonio Crimani; Gennaro Scotto; IDA Scotto; and Victor Scotto <br> *Defendant(s)* | Civil Action No. 2:16-CV-02361 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Antonio Crimani

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert W. Hernquist, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

October 11, 2016
DATE

Civil Action No. 2:16-CV-02361

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Broadcast Music, Inc.; Paul Simon Music; Universal-Song of Polygram Intl, Inc.; Gibb Brothers Music; Crompton Songs; Songs of Universal, Inc.; Screen Gems-Emi Music, Inc.; Rondor Music Intl. Inc <br> *Plaintiff(s)* <br> v. <br> Five-Star Restaurants LLC d/b/a Zefferino; Five Star Enterprises LLC d/b/a Zefferino; David Williamson; Vincent Scotto; Antonio Crimani; Gennaro Scotto; IDA Scotto; and Victor Scotto <br> *Defendant(s)* | Civil Action No. 2:16-CV-02361 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Gennaro Scotto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert W. Hernquist, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

October 11, 2016

DATE

Civil Action No. 2:16-CV-02361

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Broadcast Music, Inc.; Paul Simon Music; Universal-Song of Polygram Intl, Inc.; Gibb Brothers Music; Crompton Songs; Songs of Universal, Inc.; Screen Gems-Emi Music, Inc.; Rondor Music Intl. Inc <br> *Plaintiff(s)* <br> v. <br> Five-Star Restaurants LLC d/b/a Zefferino; Five Star Enterprises LLC d/b/a Zefferino; David Williamson; Vincent Scotto; Antonio Crimani; Gennaro Scotto; IDA Scotto; and Victor Scotto <br> *Defendant(s)* | Civil Action No. 2:16-CV-02361 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ida Scotto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert W. Hernquist, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
1000
Las Vegas, NV 89169
(702) 257-1483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

October 11, 2016
DATE

Civil Action No. 2:16-CV-02361

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print  Save As...  Reset

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Broadcast Music, Inc.; Paul Simon Music; Universal-Song of Polygram Intl, Inc.; Gibb Brothers Music; Crompton Songs; Songs of Universal, Inc.; Screen Gems-Emi Music, Inc.; Rondor Music Intl. Inc <br> *Plaintiff(s)* <br> v. <br> Five-Star Restaurants LLC d/b/a Zefferino; Five Star Enterprises LLC d/b/a Zefferino; David Williamson; Vincent Scotto; Antonio Crimani; Gennaro Scotto; IDA Scotto; and Victor Scotto <br> *Defendant(s)* | Civil Action No. 2:16-CV-02361 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Victor Scotto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert W. Hernquist, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

October 11, 2016
DATE

Civil Action No. 2:16-CV-02361

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print  Save As...  Reset