# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BROADCAST MUSIC, INC., et al., )
               Plaintiffs, )   Case No. 2:16-cv-02361-APG-CWH
vs. )   **ORDER**
FIVE-STAR RESTAURANTS, LLC, et al., )
               Defendants. )

     Presently before the court is Plaintiff Broadcast Music, Inc.'s ("Broadcast Music") Motion to Compel Discovery Responses from Defendant David Williamson (ECF No. 20), filed on May 30, 2017.

     Also before the court is Plaintiff Broadcast Music's Motion to Compel Discovery Responses from Defendant Antonio Crimani (ECF No. 21), filed on May 30, 2017.

     Also before the court is Plaintiff Broadcast Music's Motion to Compel Discovery Responses from Defendant Genarro Scotto (ECF No. 22), filed on May 30, 2017.

     Also before the court is Plaintiff Broadcast Music's Motion to Compel Discovery Responses from Defendant Ida Scotto (ECF No. 23), filed on May 30, 2017.

     Also before the court is Plaintiff Broadcast Music's Motion to Compel Discovery Responses from Defendant Victor Scotto (ECF No. 24), filed on May 30, 2017.

     Also before the court is Plaintiff Broadcast Music's Motion to Compel Discovery Responses from Defendant Vincent Scotto (ECF No. 25), filed on May 30, 2017.

     Also before the court is Plaintiff Broadcast Music's Motion to Compel Discovery Responses from Defendant Five Star Enterprises, LLC (ECF No. 26), filed on June 1, 2017.

All of the motions are unopposed. Under Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." The court therefore will grant the motions in their entirety. Defendants must respond to the discovery requests by July 17, 2017.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties must meet and confer regarding the reasonable amount of attorney's fees due to Plaintiff under Rule 37(a)(5) of the Federal Rules of Civil Procedure for having to bring the motions to compel. If the parties are unable to reach an agreement regarding attorney's fees, Plaintiff may file a motion for attorney's fees by June 29, 2017.

IT IS FURTHER ORDERED that the parties must meet and confer and file a stipulated amended scheduling order to accommodate the outstanding written discovery and depositions. This stipulation must be filed by June 29, 2017.

DATED: June 16, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**