1  **COHEN JOHNSON PARKER EDWARDS**
   H. STAN JOHNSON, ESQ.
2  Nevada Bar No. 00265
   sjohnson@cohenjohnson.com
3  KEVIN M. JOHNSON, ESQ.
   Nevada Bar No. 14551
4  kjohnson@cohenjohnson.com
5  375 East Warm Springs Road, Suite 104
   Las Vegas, Nevada 89119
6  Telephone: (702) 823-3500
   Facsimile: (702) 823-3400
7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BROADCAST MUSIC, INC.; PAUL SIMON MUSIC; UNIVERSAL-SONG OF POLYGRAM INTERNATIONAL, INC.; GIBB BROTHERS MUSIC; CROMPTON SONGS; SONGS OF UNIVERSAL, INC. SCREEN GEMS-EMI MUSIC, INC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IVING MUSIC;<br><br>Plaintiffs,<br>vs.<br><br>FIVE-STAR RESTAURANTS LLC d/b/a ZEFFIRINO; FIVE STAR ENTERPRISES LLC d/b/a Zeffirino; DAVID WILLIAMSON; VINCENT SCOTTO; ANTONIO CRIMANI; GENNARO SCOTTO; IDA SCOTTO; and VICTOR SCOTTO;<br><br>Defendants. | Case No.: 2:16-CV-02361<br><br>**ORDER** |

**STIPULATION AND ORDER STAYING MOTIONS FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED by and between Plaintiffs Broadcast Music, Inc., Paul Simon Music, Universal-Song of Polygram, International, Inc., Gibb Brothers Music, Crompton Songs; Songs of Universal, Inc., Screen Gems-EMI Music, Inc., and Rondor Music International, Inc. d/b/a Irving Music (collectively "Plaintiffs") and Defendants Five-Star Restaurants LLC

COHEN JOHNSON PARKER EDWARDS
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: 702 823-3400

d/b/a Zefferinos,, Five Star Enterprises LLC d/b/a Zefferinos, David Williamson, Vincent Scotto, Antonio Crimani, Gennaro Scotto, Ida Scotto, and Victor Scotto, (collectively "Defendants" and, together with Plaintiff, the "Parties") that all summary judgment motions pending before the Court and the pleading schedule relating thereto be stayed to allow the parties to attend a settlement conference pursuant to local rule 16-5.

Dated this 5th day of December, 2017.

HOWARD & HOWARD ATTORNEYS PLLC

/S/ Robert Hernquist             .
ROBERT HERNQUIST, ESQ.
JAMES A. KOHL, ESQ.
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
*Attorney for the Plaintiffs*

*Attorneys for Plaintiffs Broadcast Music, Inc.; Paul Simon Music; Universal-Song Of Polygram International, Inc.; Gibb Brothers Music; Crompton Songs; Songs Of Universal, Inc.; Screen Gems-EMI Music, Inc.; and Rondor Music International, Inc. d/b/a Irving Music*

Dated this 5th day of December, 2017.

COHEN JOHNSON PARKER EDWARDS

/S/ H. Stan Johnson             .
H. STAN JOHNSON, ESQ.
KEVIN M. JOHNSON.
375 E Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
*Attorney for Defendants*

*Attorneys for Defendants Five-Star Restaurants LLC d/b/a Zefferino, Five Star Enterprises LLC d/b/a Zefferino, David Williamson, Vincent Scotto, Antonio Crimani, Gennaro Scotto, Ida Scotto, and Victor Scotto*

## ORDER

The stipulation to stay is granted. The parties shall file a status report within 10 days of completion of the settlement conference or by March 15, 2018, whichever is earlier.

Dated: December 6, 2017.

_____
UNITED STATES DISTRICT JUDGE