**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | ) | |
| Plaintiffs, | ) | Case No.  2:16-cv-02361-APG-CWH |
| vs. | ) | **ORDER** |
| FIVE-STAR RESTAURANTS, LLC, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on the subject of this case's status.  In December 2017, the parties stipulated to stay the court's decision on the pending motions for summary judgment and to set the matter for a settlement conference under Local Rule 16-5.  The court approved the parties' stipulation and scheduled the case for a settlement conference in February 2018.  (Orders (ECF Nos. 41, 43, 44).)  Due to a conflict in the court's calendar, the court vacated the settlement conference and requested that the parties contact the court to reschedule the settlement conference on a mutually-convenient date.  (Min. Orders (ECF Nos. 48, 49).)  The parties did not contact chambers to reschedule, and there has not been any activity in the case in nearly two months.  Accordingly, the parties must meet and confer and file a joint status report by May 4, 2018.

IT IS SO ORDERED.

DATED: April 30, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**