# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BROADCAST MUSIC, INC., *et al.*, | Case No. 2:16-cv-02361-APG-CWH |
| Plaintiffs, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| FIVE-STAR RESTAURANTS LLC d/b/a ZEFFIRINO; FIVE STAR ENTERPRISES LLC d/b/a/ ZEFFIRINO; DAVID WILLIAMSON; VINCENT SCOTTO; ANTONIO CRIMANI; GENNARO SCOTTO; IDA SCOTTO; and VICTOR SCOTTO, | |
| Defendants. | |

Plaintiffs Broadcast Music, Inc. and other copyright owners (collectively, BMI) sued defendants Five-Star Restaurants LLC (FSR), Five Star Enterprises LLC (FSE), and six associated individuals (collectively, Five Star) alleging copyright infringement occurring in Zeffirino, a restaurant owned and operated by the defendants. The parties each moved for summary judgment in November 2017. ECF Nos. 37, 38. The briefing on those motions was stayed while the parties discussed settlement. The latest status report indicates that settlement discussions have yet to result in a resolution.

IT IS THEREFORE ORDERED that oppositions to the pending motions for summary judgment shall be filed on or before July 12, 2018. Replies shall be filed in the ordinary course. If the parties reach a settlement in the meantime, they shall file a notice with the court, which will automatically suspend these deadlines.

DATED this 12th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE