1  **COHEN|JOHNSON|PARKER|EDWARDS**
   H. STAN JOHNSON, ESQ.
2  Nevada Bar No. 00265
   sjohnson@cohenjohnson.com
3  375 E. Warm Springs Road, Ste. 104
   Las Vegas, Nevada 89119
4  Telephone: (702) 823-3500
   Facsimile: (702) 823-3400
5  *Attorneys for Defendant, CVSM, LLC d/b/a Club Paradise*

**UNITED STATES DISTICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROADCAST MUSIC, INC.; PAUL SIMON MUSIC; UNIVERSAL-SONG OF POLYGRAM INTERNATIONAL, INC.; GIBB BROTHERS MUSIC; CROMPTON SONGS; SONGS OF UNIVERSAL, INC. SCREEN GEMS-EMI MUSIC, INC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IVING MUSIC;<br><br>Plaintiffs<br><br>vs.<br><br>FIVE-STAR RESTAURANTS LLC d/b/a ZEFFERINO; FIVE STAR ENTERPRISES LLC d/b/a Zefferino; DAVID WILLIAMSON; VINCENT SCOTTO; ANTONIO CRIMANI; GENNARO SCOTTO; IDA SCOTTO; and VICTOR SCOTTO;<br><br>Defendants. | Case No.: 2:16-CV-02361<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs, BROADCAST MUSIC, INC.; PAUL SIMON MUSIC; UNIVERSAL-SONG OF POLYGRAM INTERNATIONAL, INC.; GIBB BROTHERS MUSIC; CROMPTON SONGS; SONGS OF UNIVERSAL, INC. SCREEN GEMS-EMI MUSIC, INC; and RONDOR MUSIC INTERNATIONAL, INC. d/b/a IVING MUSIC (hereinafter "Plaintiffs") and Defendants FIVE-STAR RESTAURANTS LLC d/b/a ZEFFERINO; FIVE STAR ENTERPRISES LLC d/b/a Zefferino; DAVID WILLIAMSON; VINCENT SCOTTO; ANTONIO CRIMANI; GENNARO SCOTTO; IDA SCOTTO; and VICTOR SCOTTO, (hereinafter "Defendants") by and through

undersigned counsel, stipulate that Defendants shall withdraw their Motion for Summary Judgment now pending before the District Court. Plaintiff's Motion for Summary Judgment is unaffected by this Stipulation.

Dated this 13 day of September 2018.

HOWARD & HOWARD ATTORNEYS PLLC

/S/ Robert Hernquist
ROBERT HERNQUIST, ESQ.
JAMES A. KOHL, ESQ.
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980

*Attorneys for Plaintiffs Broadcast Music, Inc.; Paul Simon Music; Universal-Song Of Polygram International, Inc.; Gibb Brothers Music; Crompton Songs; Songs Of Universal, Inc.; Screen Gems-EMI Music, Inc.; and Rondor Music International, Inc. d/b/a Irving Music*

Dated this 13 day of September 2018.

COHEN JOHNSON PARKER EDWARDS

/S/ H. Stan Johnson
H. STAN JOHNSON, ESQ.
KEVIN M. JOHNSON.
375 E Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119

*Attorneys for Defendants Five-Star Restaurants LLC d/b/a Zefferino, Five Star Enterprises LLC d/b/a Zefferino, David Williamson, Vincent Scotto, Antonio Crimani, Gennaro Scotto, Ida Scotto, and Victor Scotto*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 14, 2018.