HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
rwh@h2law.com
James A. Kohl, Nevada Bar No. 5692
jak@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Plaintiffs Broadcast Music, Inc.;
Paul Simon Music; Universal-Song Of Polygram
International, Inc.; Gibb Brothers Music;
Crompton Songs; Songs Of Universal, Inc.;
Screen Gems-EMI Music, Inc.; and Rondor Music
International, Inc. d/b/a Irving Music*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROADCAST MUSIC, INC.; PAUL SIMON MUSIC; UNIVERSAL-SONG OF POLYGRAM INTERNATIONAL, INC.; GIBB BROTHERS MUSIC; CROMPTON SONGS; SONGS OF UNIVERSAL, INC. SCREEN GEMS-EMI MUSIC, INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC;<br><br>Plaintiffs,<br><br>vs.<br><br>FIVE-STAR RESTAURANTS LLC d/b/a Zeffirino; FIVE STAR ENTERPRISES LLC d/b/a Zeffirino; DAVID WILLIAMSON; VINCENT SCOTTO; ANTONIO CRIMANI; GENNARO SCOTTO; IDA SCOTTO; and VICTOR SCOTTO<br><br>Defendants. | Case No. 2:16-cv-02361-APG-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE THE JOINT PRETRIAL ORDER (FIRST REQUEST)**<br><br>**ORDER** |

Pursuant to LR II 7-1, Plaintiffs Broadcast Music, Inc., Paul Simon Music, Universal-Song of Polygram, International, Inc., Gibb Brothers Music, Crompton Songs; Songs of Universal, Inc., Screen Gems-EMI Music, Inc., and Rondor Music International, Inc. d/b/a Irving Music (collectively "Plaintiffs") and Defendants Five-Star Restaurants LLC d/b/a Zefferino, Five Star Enterprises LLC d/b/a Zefferino, David Williamson, Vincent Scotto, Antonio Crimani, Gennaro Scotto, Ida Scotto, and Victor Scotto (collectively "Defendants") hereby stipulate and request this Court grant a 30-day extension to file the Joint Pre-Trial Order.

An extension is necessary because the Parties are currently engaged in settlement negotiations and believe they are close to a resolution. Accordingly, there is a significant chance that this matter will not go to trial. This request is made in good faith and is not for the purpose of causing undue delay.

| | |
|---|---|
| Dated this 27th day of August, 2019 | Dated this 27th day of August, 2019 |
| HOWARD & HOWARD ATTORNEYS PLLC | COHEN \| JOHNSON \| PARKER \| EDWARDS |
| By: /s/ Robert Hernquist<br>Robert Hernquist, Nevada Bar No. 10616<br>James A. Kohl, Nevada Bar No. 5692 | By: /s/ H. Stan Johnson<br>H. Stan Johnson, Nevada Bar No. 265<br>Kevin Johnson, Nevada Bar No. 14551 |
| *Attorneys for Plaintiffs Broadcast Music, Inc.; Paul Simon Music; Universal-Song Of Polygram International, Inc.; Gibb Brothers Music; Crompton Songs; Songs Of Universal, Inc.; Screen Gems-EMI Music, Inc.; and Rondor Music International, Inc. d/b/a Irving Music* | *Attorneys for Defendants Five-Star Restaurants LLC d/b/a Zefferino, Five Star Enterprises LLC d/b/a Zefferino, David Williamson, Vincent Scotto, Antonio Crimani, Gennaro Scotto, Ida Scotto, and Victor Scotto* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 27, 2019.