HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
rwh@h2law.com
James A. Kohl, Nevada Bar No. 5692
jak@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Plaintiffs Broadcast Music, Inc.;
Paul Simon Music; Universal-Song Of Polygram
International, Inc.; Gibb Brothers Music;
Crompton Songs; Songs Of Universal, Inc.;
Screen Gems-EMI Music, Inc.; and Rondor Music
International, Inc. d/b/a Irving Music*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROADCAST MUSIC, INC.; PAUL SIMON MUSIC; UNIVERSAL-SONG OF POLYGRAM INTERNATIONAL, INC.; GIBB BROTHERS MUSIC; CROMPTON SONGS; SONGS OF UNIVERSAL, INC. SCREEN GEMS-EMI MUSIC, INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC;<br><br>Plaintiffs,<br><br>vs.<br><br>FIVE-STAR RESTAURANTS LLC d/b/a Zeffirino; FIVE STAR ENTERPRISES LLC d/b/a Zeffirino; DAVID WILLIAMSON; VINCENT SCOTTO; ANTONIO CRIMANI; GENNARO SCOTTO; IDA SCOTTO; and VICTOR SCOTTO<br><br>Defendants. | Case No. 2:16-cv-02361-APG-(DJI)<br><br>**STIPULATION TO STAY CASE**<br><br>**ORDER** |

Pursuant to LR II 7-1, Plaintiffs Broadcast Music, Inc., Paul Simon Music, Universal-Song of Polygram, International, Inc., Gibb Brothers Music, Crompton Songs; Songs of Universal, Inc., Screen Gems-EMI Music, Inc., and Rondor Music International, Inc. d/b/a Irving Music (collectively "Plaintiffs") and Defendants Five-Star Restaurants LLC d/b/a Zefferino, Five Star Enterprises LLC d/b/a Zefferino, David Williamson, Vincent Scotto, Antonio Crimani, Gennaro Scotto, Ida Scotto, and Victor Scotto (collectively "Defendants") hereby stipulate and request this Court to stay this case through May 2020 on the grounds that the parties have agreed upon terms of a compromise.

The parties seek this stay to allow time to prepare and execute the settlement documents, and to provide time for completion of performance of the compromise. In the event performance does not occur, either party shall advise the Court so that the case may be reinstated. This request is made in good faith and is not for the purpose of causing undue delay.

Dated this 27th day of September, 2019

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Hernquist
Robert Hernquist, Nevada Bar No. 10616
James A. Kohl, Nevada Bar No. 5692

*Attorneys for Plaintiffs Broadcast Music, Inc.; Paul Simon Music; Universal-Song Of Polygram International, Inc.; Gibb Brothers Music; Crompton Songs; Songs Of Universal, Inc.; Screen Gems-EMI Music, Inc.; and Rondor Music International, Inc. d/b/a Irving Music*

Dated this 27th day of September, 2019

COHEN | JOHNSON | PARKER | EDWARDS

By: /s/ H. Stan Johnson
H. Stan Johnson, Nevada Bar No. 265
Kevin Johnson, Nevada Bar No. 14551

*Attorneys for Defendants Five-Star Restaurants LLC d/b/a Zefferino, Five Star Enterprises LLC d/b/a Zefferino, David Williamson, Vincent Scotto, Antonio Crimani, Gennaro Scotto, Ida Scotto, and Victor Scotto*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 1, 2019.