# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | Case No.: 2:16-cv-02361-APG-DJA |
| Plaintiffs | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| FIVE-STAR RESTAURANTS LLC, et al., | |
| Defendants | |

The parties stipulated to stay this case through the end of May 2020 to finalize settlement. ECF No. 87.  To date, no stipulation of dismissal has been filed.

I THEREFORE ORDER that by July 10, 2020, the parties shall file either a stipulation of dismissal or a status report.  The failure to do so will result in dismissal of this case.

DATED this 29th day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE