UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.,<br><br>    Plaintiffs<br><br>v.<br><br>FIVE-STAR RESTAURANTS LLC, et al.,<br><br>    Defendants | Case No.: 2:16-cv-02361-APG-DJA<br><br>**Order Administratively Closing Case** |

The parties have settled this case. ECF No. 91.  They filed a stipulation to extend the deadline to file a stipulation of dismissal to allow time for the settlement payments to be made. *Id.*  I decline to extend the deadline and instead I will administratively close this case.  If the settlement is not completed in full as contemplated, any party may move to reopen the case.

I THEREFORE ORDER that the stipulation **(ECF No. 91) is DENIED** and the clerk of court is instructed to administratively close this case.

DATED this 8th day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE